UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ21-137 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| SUMIT GARG, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>:     Cyberstalking (3 counts)

<u>Date of Detention Hearing</u>:   March 15, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.      Defendant is alleged to have conducted a lengthy, relentless cyberstalking and

DETENTION ORDER
PAGE -1

harassment campaign against multiple victims, law enforcement, attorneys, and judges. Defendant has been employed in the cybersecurity field, and has a high degree of sophisticated knowledge that would allow concealment and evasion of cyber monitoring. He is a native of India with a history of international travel, currently unemployed, and may have mental health issues.

2. Defendant poses a risk of nonappearance based on contacts with India, foreign travel, the possession of a foreign travel (currently in the possession of state authorities), mental health issues, unemployment, and immigration status. Defendant poses a risk of danger based on the nature and circumstances of the offense, mental health issues, and safety concerns of the victims.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 15th day of March, 2021.

                                                *[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3