# DEFENDANT STATUS SHEET
(One for each defendant)

## I. CASE STATUS

Name of Defendant: Sumit Garg

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

MJ 21-137           CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on March 25, 2021 at 9 am

   Defense Attorney's Name and address: Robert W. Goldsmith

The estimated trial time is 3-5 days.

(Revised March 2018)