THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
| Plaintiff, | ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

This matter comes before the Court following a status conference on May 24, 2021 regarding the trial date. (*See* Dkt. No. 48.) Trial is currently scheduled for July 5, 2021. (*See* Dkt. No. 46.) At the status conference, the Government reported that it recently seized twenty electronic devices that it is imaging and analyzing. Defense counsel represented that he will need additional time to analyze the contents of the electronic devices and determine whether the defense must retain its own expert to analyze the devices. Thus, defense counsel does not believe he could provide effective representation if the trial were to occur on July 5. Despite his attorney's representations, Mr. Garg objected to any continuance. Having thoroughly considered the argument of counsel and Mr. Garg and the relevant record, the Court OVERRULES Mr. Garg's objections and FINDS that the ends of justice served by granting a continuance outweigh the best interests of Mr. Garg and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reason for this finding is that the failure to grant a continuance would deny counsel for Mr.

Garg the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court ORDERS:

1. The July 5, 2021 jury trial is CONTINUED until January 10, 2022 at 9:30 a.m.
2. The June 3, 2021 pretrial motions deadline is CONTINUED until December 2, 2021.
3. The period from the date of this order until January 10, 2022 is an excludable time period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 25th day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE