UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SUMIT GARG,<br><br>　　　　　　Defendant. | CASE NO. **2:21-cr-00045-JCC-1**<br><br>**ORDER STRIKING SEALED PRO SE FILINGS** |

On June 14, 2021 Defendant filed a sealed pro se motion. Dkt. 50. The motion was referred to the undersigned by the assigned United States District Judge, the Honorable John C. Coughenour.

Defendant is charged with Conspiracy to Engage in Cyberstalking, Cyberstalking in Violation of Criminal Order, and Cyberstalking. He is represented by Robert Goldsmith, attorney at law. A criminal defendant does not have an absolute right to both self-representation and the assistance of counsel. *United States v. Halbert*, 640 F.2d 1000, 1009 (9th Cir.1981). As a result, district courts need not consider pro se motions filed by a defendant who is represented by counsel. *See, e.g., Krongkiet v. Beard*, 597 F. App'x 416, 417 (9th Cir. 2015) (holding court's "refusal to entertain [a] pro se motion" was proper because petitioner was "represented by counsel"); *United States v. Ortiz-Martinez*, 593 F. App'x 649, 650 n.2 (9th Cir. 2015) ("This court, however, does not entertain pro se motions from parties represented by counsel."); *United*

ORDER STRIKING SEALED PRO SE
FILINGS - 1

*States v. Gallardo*, 915 F. Supp. 216, 218 n.1 (D. Nev. 1995) ("A person represented by an attorney cannot file pro se motions."). The Court accordingly ORDERS:

1) Defendant's pro se motion, Dkt. 50, is stricken;

2) Defendant's pro se motion, Dkt. 50, shall remain under seal pending further Court order;

3) The clerk shall provide copies of this order to the parties.

DATED this 15th day of June 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER STRIKING SEALED PRO SE
FILINGS - 2