UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUMIT GARG,<br><br>　　　　　Defendant. | CASE NO. CR21-0045-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Sumit Garg's *pro se* motion to dismiss (Dkt. No. 52). Mr. Garg mailed another *pro se* motion to the Court, which was filed under seal on June 14, 2021. (*See* Dkt. No. 50.) The Court referred the motion to Magistrate Judge Tsuchida, who struck it because a defendant does not have a right to proceed *pro se* while represented by counsel. (*See* Dkt. No. 51.) The Court now STRIKES Mr. Garg's most recent motion (Dkt. No. 52) for the reasons stated in Judge Tsuchida's order (Dkt. No. 51).

DATED this 22nd day of June 2021.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　　Deputy Clerk