THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to extend the deadline for its response to Defendant's motion for a discovery schedule. (Dkt. No. 63.) Being fully advised in the matter and finding good cause, the Court GRANTS the Government's motion. (Dkt. No. 63.) It is hereby ORDERED that the Government has until September 2, 2021, to respond to Defendant's motion for a discovery schedule.

DATED this 19th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk