THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is Defendant's Motion for a Discovery Production Schedule. (Dkt. No. 62.) The Government's response indicates that parties have since conferred and reached agreement on the issues raised in the Motion about the form of document productions. (Dkt. No. 69 at 1–3.) Based on the Government's representation, and consistent with the parties' agreement (*id.* at 3), Defendant's Motion (Dkt. No. 62) is DENIED as moot.

DATED this 10th day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
CR21-0045-JCC
PAGE - 1