THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUMIT GARG,<br><br>　　　　　Defendant. | CASE NO. CR21-0045-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Having reviewed the record and the Government's submission, the Court GRANTS Government's unopposed motion to continue the deadline for Defendant's discovery motion (Dkt. No. 94). Any revised discovery motion from Defendant is due June 30, 2022.

DATED this 1st day of June 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski    </u>
Deputy Clerk

MINUTE ORDER
CR21-0045-JCC
PAGE - 1