THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Government's stipulated motion to continue the deadline for Defendant's discovery motion (Dkt. No. 98) is GRANTED. Any revised discovery motion is due August 11, 2022.

DATED this 22nd day of July 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
CR21-0045-JCC
PAGE - 1