THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR21-0045 JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously granted the Defendant's motion for issuance of a Rule 17(c) subpoena. (Dkt. No. 112.) The Court directed Defendant to prepare a subpoena for service and submit it to the Clerk's office for issuance of the subpoena. (*Id.*)

On its own motion, the Court now ORDERS the United States Marshals service to promptly serve the subpoena and file the returns of service. The cost of process, fees, and expenses for the production shall be paid as if subpoenaed on behalf of the Government, the Court being satisfied that Defendant is unable to pay the fees and expenses and that Defendant has established that the documents are necessary to prepare an adequate defense.

//

MINUTE ORDER
CR21-0045 JCC
PAGE - 1

DATED this 26th day of August 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk