The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUMIT GARG,<br><br>　　　　　Defendant. | NO. CR21-0045 JCC<br><br>UNITED STATES' EXHIBIT LIST |

The United States of America, by its undersigned counsel, respectfully submits this Exhibit List. The United States expects to introduce some or all of the following exhibits during its case-in-chief:

### 0 - Demonstrative & Summary Exhibits

| | |
|---|---|
| 001 | IP Address |
| 002 | Virtual Private Network |
| 010 | Spreadsheet summarizing IP Address overlaps (native) |
| 011 | Table summarizing IP Address overlaps |
| 021 | Chart showing Pixel 3Xl IMEI and Google android device configuration for sumitgarg90[@]gmail.com, clhefton[@]gmail.com, victor32b85[@]gmail.com |
| 031 | Google Search history comparison for sumitgarg90[@]gmail.com, clhefton[@]gmail.com, and hutcml143[@]gmail.com |
| 032 | Map of Super Deli Mart, Beer Junction and Garg/Hefton Residence |

UNITED STATES' EXHIBIT LIST - 1
United States v. Sumit Garg, CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**100 - Exhibits Relating to Melissa Hutchins & Cesar Gonzalez**

*2019 – October 9, 2020*

| | |
|---|---|
| 101 | Melissa Hutchins' Diary (Redacted) |
| 102 | Email with subject line Hello Gorgeous! sent from helloogorgeousdiary[@]gmail.com to hutcml76[@]gmail.com at 10:10 p.m. on January 25, 2020 |
| 103 | Email with subject line Re: Hello Gorgeous! sent from helloogorgeousdiary[@]gmail.com to hutcml76[@]gmail.com at 10:15 p.m. on January 25, 2020 |
| 104 | Registration information for LinkedIn account in the name melissa-h-a20a301a2 dated February 25, 2020 |
| 105 | Screenshot of profile image for account in the name melissa-h-a20a301a2 |
| 106 | Registration information for Instagram account in the mhutchins1996 created on March 24, 2020 |
| 107 | Email with subject line "Fwd: Virginity Loss" sent from travisbieber96[@]gmail.com to hutcml76[@]gmail.com at 4:14 p.m. on April 12, 2020 |
| 108 | Email with subject line "Re: fuck you" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com at 11:06 p.m. on September 15, 2020 |
| 109 | exp3c - Email with subject line "cravings" sent from mdwe8b+75wzaepfqf6h4[@]guerillamail.com to hutcml76[@]gmail.com at 12:59 p.m. on September 24, 2020 [Exp3c] |
| 110 | Email with subject line "super sexual diary leak" sent from mg7h8h+czbhmqb1rby8@guerrillamail.com at 9:44 p.m. on October 1, 2020 |
| 111 | Email with subject line "Re: https://tower12.com" sent from sumitgargied91[@]gmail.com to hutcml76[@]gmail.com at 8:35 a.m. on October 5, 2020 |
| 112 | Email with subject line "Fwd: Look at that pussy wow" sent from sumitgargied90[@]gmail.com to cegonzalez[@]hotwire.com at 3:15 p.m. on October 26, 2020 |

UNITED STATES' EXHIBIT LIST - 2
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*October 10, 2020*

| | |
|---|---|
| 120 | Text message from (206) 580-0444 to Melissa Hutchins sent at 7:05 p.m. on October 10, 2020 |
| 121 | Video from Tower 12 Apartment Building |
| 122 | Photograph from Tower 12 Apartment Building |
| 123 | Email with subject line "Hey Babe" sent from sumitgargied92[@]gmail.com to hutcml76[@]gmail.com sent at 7:11 p.m. on October 10, 2020 |
| 124 | Text messages from (206) 580-0444 to Michael Zigler sent at 7:13 p.m. on October 10, 2020 |

*October 11-October 30, 2020*

| | |
|---|---|
| 131 | Email with subject line "Re: Sexual dysfunction in women with epilepsy" sent from sumitgargied92[@]gmail.com to hutcml76[@]gmail.com at 11:09 p.m. on October 26, 2020 |
| 132 | Email with subject line "Re: Past boyfriend to another" sent from victor32b85[@]gmail.com to cegonzalez[@]hotwire.com at 8:09 p.m. on October 29, 2020 |
| 133 | Email with subject line "Re: Past boyfriend to another" sent from victor32b85[@]gmail.com to Travis Bieber at 11:15 p.m. on October 29, 2020 |
| 134 | Email with subject line "Re: Past boyfriend to another" sent from victor32b85[@]gmail.com to cegonzalez[@]hotwire.com at 11:30 p.m. on October 29, 2020 |
| 135 | Email with subject line "Re: Past boyfriend to another" sent from victor32b85[@]gmail.com to Travis Bieber at 11:41 a.m. on October 30, 2020 |

*October 31, 2020*

| | |
|---|---|
| 141 | Email with subject line "I will first rape you and then kill you" sent from sumitgargied92[@]gmail.com to hutcml76[@]gmail.com at 8:50 p.m. on October 31, 2020 |

UNITED STATES' EXHIBIT LIST - 3
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| | 142 | Email with the subject line "FWD:  Hey Babe" sent from sumitgagried92[@]gmail.com to hutcml76[@]gmail.com at 10:10 p.m. on October 31, 2020 |
| | 143 | EXIF data for photograph |
| | 144 | Screenshots of emails and texts provided to Officer Timothy Oliverson |
| | 145 | Ring video clip provided to Officer Timothy Oliverson |
| | 146 | Ring video clip provided to Officer Timothy Oliverson |

*November 1 – December 5, 2020*

| | | |
|---|---|---|
| | 151 | Email with subject line "Fed:  Run away" sent from ciheftom[@]gmail.com to cegonzalez[@]hotwire.com at 1:42 p.m. on November 15, 2020 |
| | 152 | Email with subject line "Don't be scared" sent from sumitqarg9o[@]gmail.com to hutcml76[@]gmail.com at 1:54 p.m. on November 15, 2020 |
| | 153 | Email with subject line "Re: Don't be scared" sent from sumitqarg9o[@]gmail.com to hutcml76[@]gmail.com at 1:44 p.m. on November 16, 2020 |
| | 154 | Email with subject line "Re: Don't be scared" sent from sumitqarg9o[@]gmail.com to hutcml76[@]gmail.com at 9:52 p.m. on November 19, 2020 |
| | 155 | Melissa Hutchins' airplane ticket from Seattle, Washington, to New York |
| | 156 | Email with subject line "Re:" sent from sumitgargied93[@]gmail.com to hutcml76[@]gmail.com at 8:18 p.m. on December 2, 2020 |
| | 157 | Email with subject line "Gut-wrenching Testimony From Victim in Brutal Rape Case at …" sent from sumitgargied93[@]gmail.com to hutcml76[@]gmail.com at 8:22 p.m. on December 2, 2020 |
| | 158 | Email with subject line "Re: Cristin Blair Malone Jon Blair Michael Blair Niki Shinkle Blair Zach Blair Robert Blair Susan Blair" sent ciheftom[@]gmail.com to hutcml76[@]gmail.com at 8:54 p.m. on December 3, 2020 |

UNITED STATES' EXHIBIT LIST - 4
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| | 159 | Email with subject line "Re: Don't be scared" sent from sumitqarg9o[@]gmail.com to hutcml76[@]gmail.com at 9:01 p.m. on December 3, 2020 |
| | 160 | Email with subject line "Re: Don't be scared" sent from sumitqarg9o[@]gmail.com to hutcml76[@]gmail.com at 9:01 p.m. on December 3, 2020 |

*December 6, 2020*

| | | |
|---|---|---|
| | 171 | Email with subject line "Ask your Hubby" sent from n6-2qx+9qljxz7ti3fk4[@]guerillamail.com to me at 2:10 a.m. on December 6, 2020 |
| | 172 | Envelope retrieved from mailbox |
| | 173 | Email from clhefton[@]gmail.com to burton.hill[@]seattle.gov at 1:32 a.m. on December 7, 2020 |
| | 174 | Screenshots of emails and texts provided to Burton Hill |

*December 7, 2020 – March 5, 2021*

| | | |
|---|---|---|
| | 181 | Email with subject line "Re: The Danger of Desire: Anal Sex sent from sumitqarg9o[@]gmail.com to hutcml76[@]gmail.com at 9:04 p.m. on December 8, 2020 |
| | 182 | Email with subject line "Re: Final warning old motherfucker" sent from sumitgargied93[@]gmail.com to hutcml76[@]gmail.com at 4:12 p.m. on December 9, 2020 |
| | 183 | Email with subject line "Re: I will fuck you harder than Hudson" sent from ciheftom[@]gmail.com to hutcml76[@]gmail.com at 10:59 p.m. on December 10, 2020 |
| | 184 | Email with subject line "Re: I will fuck you harder than Hudson" sent from ciheftom[@]gmail.com to hutcml76[@]gmail.com at 11:07 p.m. on December 10, 2020 |
| | 185 | Email with subject line "Re: I will fuck you harder than Hudson" sent from ciheftom[@]gmail.com to hutcml76[@]gmail.com at 10:13 p.m. on December 10, 2020 |

UNITED STATES' EXHIBIT LIST - 5
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| | 186 | Email with subject line "Fwd: Sumit is threatening to rape you" sent from travisbieber61[@]gmail.com to cegonzalez[@]hotwire.com at 11:40 p.m. on December 10, 2020 |
| | 187 | Email with no subject line sent from sumitgargied93[@]gmail.com to hutcml76[@]gmail.com at 4:42 p.m. on December 11, 2020 |
| | 188 | Email with the subject line "hey" sent from njynfp+dsnqet99qus7k@guerrillamail.com at 5:12 p.m. |
| | 189 | Email with the subject line "lol" sent from njynfp+dsnqet99qus7k@guerrillamail.com at 5:26 p.m. |
| | 190 | Email with the subject line "You want to feel safe dear you want someone to make you pancakes" sent from njynfp+dsnqet99qus7k@guerrillamail.com at 5:28 p.m. |
| | 191 | Email with the subject line "I have worked hard for you Love." sent from njynfp+dsnqet99qus7k@guerrillamail.com at 5:32 p.m. |
| | 192 | Email with the subject line "You want to feel safe dear you want someone to make you pancakes" sent from njynfp+dsnqet99qus7k@guerrillamail.com at 5:33 p.m. |
| | 193 | Email with the subject line "Fwd: Fwd: Fwd: Fwd: Seizures Impact" sent from pabloescobargaveria96[@]gmail.com to cegonzalez[@]hotwire.com at 9:20 p.m. on January 21, 2021 |
| | 194 | Email with the subject line "Re: I have been the subject of ruthless bullying" sent from thegrinch19911[@]gmail.com to hutcml76[@]gmail.com at 3:52 p.m. on February 14, 2021 |
| | 195 | Email with the subject line "Re: Female Roommate Thought I Was Her BF" sent from thegrinch19911[@]gmail.com to hutcml76[@]gmail.com and cegonzalez[@]hotwire.com at 9:50 p.m. on February 14, 2021 |
| | 196 | Email with the subject line "Re: He fucked my girlfriend, what should I do?" sent from thegrinch19911[@]gmail.com to cegonzalez[@]hotwire.com, sarahhutchinns[@]carbonwy.com, and czhutch[@]roadrunner.com at 7:30 p.m. on February 14, 2021 |
| | 197 | Email with the subject line "get experience, develop game" sent from thegrinch19911[@]gmail.com to cegonzalez[@]hotwire.com at 7:39 p.m. on February 14, 2021 |

UNITED STATES' EXHIBIT LIST - 6
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| | 198 | Email with the subject line "REMEMBER?" sent from thegrinch19911[@]gmail.com to hutcml76[@]gmail.com and cegonzalez[@]hotwire.com at 10:17 p.m. on February 14, 2021 |
| | 199 | Email with the subject line "TIPS FOR JAIL" sent from thegrinch19911[@]gmail.com to cegonzalez[@]hotwire.com at 6:49 p.m. on February 15, 2021 |
| | 200 | Email with the subject line "TIPS FOR JAIL" sent from apjabdulkalamsuckks[@]gmail.com to cegonzalez[@]hotwire.com at 7:35 p.m. on February 15, 2021 |
| | 201 | Email with the subject line "MY HONEST SIGNED CONFESSION" sent from thegrinch19911[@]gmail.com to hutcml76 and hutcml[@]gmail.com at 5:57 a.m. on February 16, 2021 |

### 250- Exhibits Relating to Michael Zigler

| | | |
|---|---|---|
| | 251 | Email with subject line "Fake profiles for Sarah and Nick" sent from hutcml786[@]gmail.com to mzigler[@]mac.com at 6:55 p.m. on September 14, 2020 |
| | 252 | Email with subject line "fuck you" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com at 10:38 p.m. on September 15, 2020 |
| | 253 | Email with subject line "sarah is delicious" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com at 11:57 p.m. on September 15, 2020 |
| | 254 | Email with subject line "Re: another one on match.com" sent from hutcml786[@]gmail.com to mzgler[@]mac.com at 11:29 a.m. on September 16, 2020 |
| | 255 | Email with subject line "Re: lolol" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com and pdayton[@]omwlaw.com at 5:11 p.m. on September 16, 2020 |
| | 256 | Email with subject line "Sarah is on a porn site" sent from hutcml143[@]gmail.com to mzigler[@]mac.com at 8:52 a.m. on September 25, 2020 |
| | 257 | Email with subject line "Re: I will bring you to your knees old man" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com at 2:54 p.m. on October 4, 2020 |

UNITED STATES' EXHIBIT LIST - 7
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 258 | Email with subject line "Re:  I will bring you to your knees old man" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com at 2:57 p.m. on October 4, 2020 |
| 2 | | |
| 3 | | |
| 4 | 259 | Email with subject line "Re:  I will bring you to your knees old man" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com at 3:10 p.m. on October 4, 2020 |
| 5 | | |
| 6 | | |
| 7 | 260 | Email with subject line "Re:  Look at that pussy wow" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com at 10:21 p.m. on October 5, 2020 |
| 8 | | |
| 9 | 261 | Email with subject line "Old Motherfucker I'm coming" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com at 8:48 p.m. on December 3, 2020 |
| 10 | | |
| 11 | | |
| 12 | 262 | Email with subject line "OLD MAN STILL WANT MY ADDRESS" sent from narendramodisucks6[@]gmail.com to mzigler[@]mac.com at 3:59 p.m. on February 14, 2021 |
| 13 | | |
| 14 | 263 | Email with subject line "Re_OLD MAN STILL WANT MY ADDRESS" sent from narendramodisucks6[@]gmail.com to mzigler[@]mac.com at 4:02 p.m. on February 14, 2021 |
| 15 | | |
| 16 | 264 | Email with subject line "Fwd:  Cuckold Masturbation Stories:  I can Taste My Roommate's Cum on My Wife's Lips" sent from apjabdulkalamsucks[@]gmail.com to mzigler[@]mac.com at 9:01 a.m. on February 15, 2021 |
| 17 | | |
| 18 | | |
| 19 | | |

### 300 - Exhibits Relating to Paul Dayton

| | | |
|---|---|---|
| 20 | 301 | Email with subject line "Fake profiles for Sarah and Nick" sent from hutcml786[@]gmail.com to mzgler[@]mac.com at 7:54 p.m. on September 14, 2020 |
| 21 | | |
| 22 | | |
| 23 | 302 | Email with subject line "lolol" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com and pdayton[@]omwlaw.com at 11:41 p.m. on September 15, 2020 |
| 24 | | |
| 25 | 303 | Email with subject line "Re_lololol" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com and pdayton[@]omwlaw.com at 11:50 p.m. on September 15, 2020. |
| 26 | | |
| 27 | | |

UNITED STATES' EXHIBIT LIST - 8
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 304 | Email with subject line "Re_lololol" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com and pdayton[@]omwlaw.com at 11:52 p.m. on September 15, 2020 |
| 2 | 305 | Email with subject line "Re: another one on match.com" sent from hutcml786[@]gmail.com to mzgler[@]mac.com at 11:26 a.m. on September 16, 2020 |
| 3 | 306 | Email with subject line "Re_lololol" sent from sumitgargied90[@]gmail.com to mzigler[@]mac.com and pdayton[@]omwlaw.com at 4:57 p.m. on September 16, 2020 |
| 4 | 307 | Email with subject line "Old men" sent from sumitgargied90[@]gmail.com to pdayton[@]omwlaw.com and mzigler[@]mac.com at 9:08 p.m. on September 19, 2020 |
| 5 | 308 | Email with subject line "Fwd_I'm taking revenge" sent from sumitgargied90[@]gmail.com to info[@]ediscoveryinc.om and at 6:53 p.m. on October 5, 2020 |
| 6 | 309 | Email with subject line "Fwd_I'm taking revenge" sent from sumitgargied90[@]gmail.com to mehutchins[@]expediagroup.com and at 3:4 p.m. on October 26, 2020 |

### 325 - Exhibits Relating to Mark Blair

| | | |
|---|---|---|
| | 326 | Email with subject line "Cristin Blair Malone Jon Blair Michael Blair Niki Shinkle Blair Zach Blair Robert Blair Susan Blair" sent from clheftom[@]gmail.com to mark[@]blairkims.com at 8:01 p.m. on December 2, 2020 |
| | 327 | Email with subject line "Re_Cristin Blair Malone Jon Blair Michael Blair Niki Shinkle Blair Zach Blair Robert Blair Susan Blair" sent from clheftom[@]gmail.com to mark[@]blairkims.com at 8:51 p.m. on December 3, 2020 |
| | 328 | Email with subject line "Final warning old motherfucker" sent from sumitgargied93[@]gmail.com to mark[@]blairkim.com at 9:09 p.m. on December 3, 2020 |
| | 329 | Email with subject line "Re_PUSSY CRAVINGS" sent from sumitqarg9o[@]gmail.com to mark[@]blairkim.com at 9:11 p.m. on December 8, 2020 |

UNITED STATES' EXHIBIT LIST - 9
*United States v. Sumit Garg*, CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 2 | 330 | Email with subject line "Fwd_There's no blueprint on how to beat me" sent from floydmayweather19901[@]gmail.com to mark[@]blairkim.com at 4:27 a.m. on January 31, 2020 |
| 3 4 5 | 331 | Email with subject line "BLAIR'S WIFE RIGHT NOW" sent from pabloescobargaveria96[@]gmail.com to mark[@]blairkim.com at 9:29 p.m. on February 5, 2021 |
| 6 7 | 332 | Email with subject line "Re: Sara Kim" sent from apjabdulkalamsucks[@]gmail.com to mark[@]blairkim.com at 1:15 p.m. on February 6, 2021 |
| 8 9 10 | 333 | Email with subject line "Re_DID YOU TASTE HER PUSSY_" sent from thegrinch19911[@]gmail.com to mark[@]blairkim.com at 2:38 p.m. on February 15, 2021 |
| 11 12 | 334 | Email with subject line "Re: TIPS FOR JAIL" sent from apjabdulkalamsucks[@]gmail.com to mark[@]blairkim.com at 7:40 p.m. on February 15, 2021 |
| 13 14 15 | 335 | Email with subject line "OLD MAN BOTH DAUGHTERS ARE GETTING CLOBBERED HAH" sent from apjabdulkalamsucks[@]gmail.com to mzigler[@]mac.com at 7:44 p.m. on February 15, 2021 |
| 16 17 | 336 | Email with subject line "SARAH KIM IS SO FUCKED" sent from apjabdulkalamsucks[@]gmail.com to mark[@]blairkim.com at 7:58 p.m. on February 15, 2021 |
| 18 19 | 337 | Email with subject line "Re: GARG'S HARASSMENT HAS NO END" sent from mahatamagandhi1996[@]gmail.com to mark 10:28 p.m. on February 17, 2021 |

### 450 - Exhibits Relating to Kailey Kang

| | | |
|---|---|---|
| 22 23 | 451 | Email with subject line "Fwd:  I'm 'cuming'" sent from sumitqarg9o[@]gmail.com to kailey.kang[@]seattle.gov at 3:22 p.m. on December 9, 2020 |
| 24 25 | 452 | Email with subject line "Fwd:  Revenge Fantasies After Experiencing Traumatic Events'" sent from sumitqarg9o[@]gmail.com to kailey.kang[@]seattle.gov at 3:23 p.m. on December 9, 2020 |

UNITED STATES' EXHIBIT LIST - 10
United States v. Sumit Garg, CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 2 | 453 | Email with subject line "I will fuck you harder than Hudson'" sent from ciheftom[@]gmail.com to kailey.kang[@]seattle.gov at 10:54 p.m. on December 10, 2020 |
| 3 4 | 454 | Email with subject line "Confession'" sent from sumitgargied93[@]gmail.com to kailey.kang[@]seattle.gov at 4:30 p.m. on December 11, 2020 |
| 5 6 7 | 455 | Email with subject line "Fwd: Seizures Impact'" sent from pabloescobargaveria96[@]gmail.com to kailey.kang[@]seattle.gov at 4:02 a.m. on January 17, 2021 |
| 8 9 | 456 | Email with subject line "Re: Clues to solving this mystery" sent from rafaelcaroquintero9999[@]gmail.com to kailey.kang[@]seattle.gov at 3:15 p.m. on January 17, 2021 |
| 10 11 12 | 457 | Email with subject line "KAILEY IS TIME TO GO TO THE MOON" sent from apjabdulkalamsucks[@]gmail.com to kailey.kang[@]seattle.gov at 1:48 p.m. on February 6, 2021 |
| 13 14 | 458 | Email with subject line "Re: KAILEY IS TIME TO GO TO THE MOON" sent from apjabdulkalamsucks[@]gmail.com to kailey.kang[@]seattle.gov at 1:51 p.m. on February 6, 2021 |
| 15 16 17 | 459 | Email with subject line "Re: KAILEY IS TIME TO GO TO THE MOON" sent from apjabdulkalamsucks[@]gmail.com to kailey.kang[@]seattle.gov at 1:55 p.m. on February 6, 2021 |
| 18 19 | 460 | Email with subject line "Re: KAILEY IS TIME TO GO TO THE MOON" sent from apjabdulkalamsucks[@]gmail.com to kailey.kang[@]seattle.gov at 1:55 p.m. on February 6, 2021 |
| 20 21 22 | 461 | Email with subject line "Kailey grow up or you will taste my dick" sent from thegrinch19911[@]gmail.com to kailey.kang[@]seattle.gov at 10:02 p.m. on February 14, 2021 |
| 23 24 | 462 | Email with subject line "What Anal Sex Really Feels Like?" sent from thegrinch19911[@]gmail.com to kailey.kang[@]seattle.gov at 2:52 p.m. on February 15, 2021 |
| 25 26 | 463 | Email with subject line "HOW IS HUDSON?" sent from thegrinch19911[@]gmail.com to kailey.kang[@]seattle.gov at 7:46 p.m. on February 15, 2021 |

UNITED STATES' EXHIBIT LIST - 11
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| | 464 | Email with subject line "Re: 'If you don't design your own life plan, chances are you'll fall into someone else's plan. And guess what they have planned for you? Not much.' – Jim Rohn" sent from noahweillawyer@gmail.com to kailey.kang[@]seattle.gov, Hudson.kang[@]seattle.gov, and gary.ernsdorff[@]kingounty.gov at 4:26 a.m. on February 22, 2021 |
| | 465 | Email with subject line "Re: My son wants to kill you" sent from gargvinodsucks[@]gmail.com to hutcml76[@]gmail.com, kailey.kang[@]seattle.gov and garg.vinod67[@]gmai.com at 2:35 p.m. on February 23, 2021 |

### 500 - Exhibits Relating to Gary Ernsdorff

| | | |
|---|---|---|
| | 501 | Email with subject line "URGENT" sent from sumitgargied98[@]gmail.com to Ernsdorff, Gary at 3:52 p.m. on February 21, 2021 |
| | 502 | Email with subject line "Re: Sawant claims police slowed investigation not threats, City and SPD tell a different story" sent from jamesbond909010[@]gmail.com to 36 recipients at 3:57 p.m. on February 21, 2021 |
| | 503 | Email with subject line "KING COUNTY PROSECTORS BROUGHT TO THEIR KNEES BY A CYBER CRIMINAL" sent from jamesbond909010[@]gmail.com to gary.ernsdorff[seattle.gov and 60 others at 4:28 p.m. on February 21, 2021 |
| | 504 | Email with subject line "Re: KING COUNTY PROSECTORS BROUGHT TO THEIR KNEES BY A CYBER CRIMINAL" sent from jamesbond909010[@]gmail.com to gary.ernsdorff[@]seattle.gov and 60 others at 4:29 p.m. on February 21, 2021 |
| | 505 | Email with subject line "Re: I AM GOING TO MAKE THIS EXTREMELY PAINFUL FOR YOU MY MAN" sent from noahweilllawyer[@]gmail.com to gary.ernsdorff[@]seattle.gov and 18 others at 10:16 a.m. on February 22, 2021 |
| | 506 | Email with subject line "HOW IS THIS PICTURE CHOICE FOR YOUR NEW PORNHUB SITE?" sent from sumitgargied98[@]gmail.com to Ernsdorff,, Gary at 8:08 p.m. on February 24, 2021 |
| | 507 | Email with subject line "BREAKING NEWS: Gary finally catches on" sent from patrickoishijudge[@]gmail.com to Ernsdorff, Gary at 8:23 p.m. on February 28, 2021 |

### 600 – Court Documents

UNITED STATES' EXHIBIT LIST - 12
United States v. Sumit Garg, CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 601 | *State of Washington v. Sumit Garg*, Order Prohibiting Contact, No. 20-1-07575-9 SEA (King Cty. Sup. Ct. Nov. 10, 2020) |

### 700 – Exhibits from Internet Service Providers

*Amazon*

| | |
|---|---|
| 701 | Master Timeline |
| 702 | Amazon server logs |

*Google*

| | |
|---|---|
| 711 | Subscriber information for sumitgarg90[@]gmail.com |
| 712 | Subscriber information for clhefton90[@]gmail.com |
| 713 | Subscriber information for sumitgargied[@]gmail.com |
| 714 | Subscriber information for sumitgargied90[@]gmail.com |
| 715 | Subscriber information for sumitgargied92[@]gmail.com |
| 716 | Subscriber information for hutcml143[@]gmail.com |
| 717 | Subscriber information for victor32b85[@]gmail.com |
| 718 | Subscriber information for pabloescobargaveria96[@]gmail.com |
| 731 | Android device configuration service data for sumitgarg90[@]gmail |
| 732 | Android device configuration service data for clhefton[@]gmail |
| 733 | Android device configuration service data for victor32b85]gmail |
| 734 | Excerpts from search history for sumitgarg90[@]gmail.com |
| 735 | Excerpts from search history for sumitgarg90[@]gmail.com |
| 736 | Excerpts from search history for clhefton[@]gmail.com |
| 737 | Excerpts from search history for hutcml143[@]gmail.com |
| 741 | Google Maps location data for sumitgarg90[@]gmail.com |

UNITED STATES' EXHIBIT LIST - 13
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| | 742 | Google Maps location data for 47.611845,-122.342212 |
| | 743 | Google Maps location data for sumitgargied92[a]gmail.com |
| | 744 | Google Maps location data for clhefton[@]gmail.com |
| | 745 | Google Maps view of 47.617648,-122.355174 |

*Instagram*

| | |
|---|---|
| 751 | Records for account mhutchins1996 |
| 752 | Records for account cgonzalez6770 |

*LinkedIn*

| | |
|---|---|
| 761 | Registration information for account travis-beiber-4696531a6 |
| 762 | Login records for account travis-beiber-4696531a6 |
| 763 | Registration information for account melissa-h-a20a301a2 |
| 764 | Login records for account melissa-h-a20a301a2 |

*Lumen*

| | |
|---|---|
| 771 | Lumen subscriber and transactional records |

**800 – Evidence from Shed Behind Garg/Hefton Residence**

| | |
|---|---|
| 801 | Photograph of shed at Garg/Hefton Residence |
| 802 | Photograph of tarp found behind shed at Garg/Hefton residence |
| 803 | Photograph of contents of tarp found behind shed at Garg/Hefton residence |
| 804 | Photograph of contents of tarp found behind shed at Garg/Hefton residence |
| 805 | Jacket |
| 806 | Pair of pants |

UNITED STATES' EXHIBIT LIST - 14
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 807 | Pair of pants | |
| 808 | Pair of sneakers | |
| 809 | Google Pixel 3Xl | |
| 810 | Google Pixel 3Xl | |

### 850 – Evidence from Electronic Devices & Media

*Google Pixel 3a*

| | | |
|---|---|---|
| 851 | Photograph of Pixel 3a |
| 852 | List of email accounts on telephone |
| 853 | Emails stored on telephone |
| 854 | Texts from (559) 295-9719 to Melissa Hutchins on October 31, 2020. |
| 855 | Image found in Hushed cache files |
| 856 | .xml formatted file associated with Hushed and containing the telephone number (559) 295-9719 |
| 857 | Cookie associated with Xfinity service |
| 858 | Three photographs |
| 859 | Usage log/timeline of Google Camera activity |
| 860 | Ring video clip taken at 6:52 p.m. October 31, 2020 |
| 861 | Ring video clip taken at 7:00 p.m. October 31, 2020 |
| 862 | Ring video clip taken at 7:04 p.m. October 31, 2020 |
| 863 | Ring video clip taken at 7:15 p.m. October 31, 2020 |
| 864 | Ring video clip taken at 7:15 p.m. on October 31, 2020 |
| 865 | Ring video clip taken at 7:17 p.m. on October 31, 2020 |

UNITED STATES' EXHIBIT LIST - 15
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 866 | WhatsApp exchange between Sumit Garg and Lindsay Hefton beginning at 5:41p.m. on October 4, 2020 | |
| 867 | WhatsApp exchange between Sumit Garg and Lindsay Hefton beginning at 2:06 p.m. on October 31, 2020 | |

*HP Elitebook840 G6 (SEA-1800572099, issued by Amazon to Sumit Garg)*

| | |
|---|---|
| 875 | Photograph of Elitebook840 |
| 876 | ProtonVPN-related artifacts |
| 877 | .lnk file to a file named "mylovelol.png" created at 2:05 a.m. on December 6, 2020 |

*MacBook Pro (issued by Amazon to Lindsay Hefton)*

| | |
|---|---|
| 881 | Photograph of MacBook Pro |
| 882 | Bash history |
| 883 | Bash history |
| 884 | Bash history |
| 885 | Log of web history |
| 886 | Excerpt from knowledge.db file |

*Pixel 3Xl*

| | |
|---|---|
| 891 | Photograph of Pixel 3Xl |
| 892 | Photograph of Pixel 3Xl showing IMEI |

**950 – Miscellaneous**

*Recorded Conversations*

| | |
|---|---|
| 951 | Phone call from King County Jail between Sumit Garg and Lindsay Hefton |
| 952 | Phone call from King County Jail between Sumit Garg and Lindsay Hefton |
| 953 | Phone call from King County Jail between Sumit Garg and Lindsay Hefton |

UNITED STATES' EXHIBIT LIST - 16
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 954 | Phone call from King County Jail between Sumit Garg and Lindsay Hefton |
| 955 | Phone call from King County Jail between Sumit Garg and Lindsay Hefton |
| 956 | Phone call from Federal Detention Center between Sumit Garg and Lindsay Hefton |
| 961 | Seattle Police Department Report 2020-272894 filed on October 5, 2020 |
| 962 | Internet Crime Complaint Center filed by Sumit Garg on February 25, 2021 |

DATED: October 4, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Andrew C. Friedman*
_____
ANDREW C. FRIEDMAN
Assistant United States Attorney

*/s/ Anthony Teelucksingh*
_____
ANTHONY TEELUCKSINGH
Senior Trial Attorney
Computer Crime and Intellectual
   Property Section
United States Department of Justice

UNITED STATES' EXHIBIT LIST - 17
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970