JUDGE COUGHENOUR

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

   Plaintiff

 vs.

SUMIT GARG,

   Defendant.

NO. CR 21-00045-JCC

DEFENSE TRIAL EXHIBIT LIST

| Defense Exhibit | | Description | Bates Number | |
|---|---|---|---|---|
| | | | | |
| A-1 | | Cooperation and Non-Prosecution Agreement | | 12993 |
| A-2 | | Proffer Report | | 13042 |
| A-3 | | Proffer Report (DV) | | 13040 |
| A-4 | | C.L.H. resume | | 7248 |
| A-5 | | Dec. 16, 2020 K.C. Dt. Ct Hearing Transcript excepts | | 3071 |
| A-6 | | Why I'm not sending emails Memo to SG's atty from C.L.H. | | |
| A-7 | | Letter 3/23/21 to SG at FDC from L.H. | | |
| A-8 | | Letter 3/19/21 to SG at FDC | | |
| A-9 | | Nov. 8, 2020 Body Camera Video-Safeway | | |
| A-10 | | C.L.H. email to MZ 11/17/19 | | 4260 |
| A-11 | | C.L.H. Declaration July 12, 2019 | | 4293 |

-1-

**Defendant's Exhibit List**
**(United States v. Sumit Garg CR21-00045-JCC)**

              **Peter A. Camiel**
              **Camiel & Chaney P.S.**
              **2815 Elliott Avenue, Suite 100**
              **Seattle, Washington 98121**
              **Tel. 206.636.1725**
              **e-mail:  petercamiel@yahoo.com**

| | | | | |
|---|---|---|---|---|
| A-12 | | Petition for Prot. Order C.L.H. v. M.H. filed 7/9/20 | | 3312 |
| A-13 | | C.L.H. Declaration Jan. 25, 2021(Deck photos) | | 4710 |
| A-14 | | reserved | | |
| A-15 | | C.L.H. Sept. 26, 2020 Declaration | | 3718 & 3954 |
| A-16 | | C.L.H. Declaration Dec. 1, 2020 | | 4568 |
| A-17 | | C.L.H. Declaration Dec. 9, 2020 | | 4513 |
| A-18 | | C.L.H. Declaration March 7, 2021 | | 4293 |
| A-19 | | Amazon-Summary of C.L.H. job responsibilities | | 7271 |
| A-20 | | 11/1/20 ring video crisis workers | | 4581 |
| A-21 | | 11/1/20 emails forwarded to L.A. | | 3942 |
| A-22 | | 11/1/21 email to CLH (one last chance to divorce him) | | |
| A-23 | | Text to C.L.H. (your fault he went to jail, kill you, overdose) | | 1680 |
| A-24 | | 1/31/21 email LosPepes (Indian men cheat) | | 1284 |
| A-25 | | 2/13/21 email from Pabloescobar (Garg serial cheater) | | 5599 |
| A-26 | | 2/28/21 email (Indians make worst husbands)Modi to GE and CLH | | 2602 |
| A-27 | | Amazon interview notes | | 13306 |
| A-28 | | 11/1/20 to C.L.H. one last chance to divorce him | | |
| A-28 | | 12/3/20 C.L.H. to L.A. | | 1720 |
| A-29 | | 3/1/21 email Vinod Garg (my son wants to kill you) | | PRA 3/8/22 p. 1848 |
| A-30 | | Cellebrite Report User Accounts | | Cellebrite report p.20,585 |
| A-31 | | 11/12/20 email (don't deserve to be released) | | 3944 |
| A-32 | | 11/8/21 SPD report 2020-314946 | | |
| A-33 | | 11/24/20 SPD report 2020-327792 | | 4917 |
| A-34 | | reserved | | |

-2-

**Defendant's Exhibit List**  
**(United States v. Sumit Garg CR21-00045-JCC)**

Peter A. Camiel  
Camiel & Chaney P.S.  
2815 Elliott Avenue, Suite 100  
Seattle, Washington 98121  
Tel. 206.636.1725  
e-mail: petercamiel@yahoo.com

| | | | |
|---|---|---|---|
| A-35 | | Emails after Feb. 26 to CLH and GE | |
| A-36 | | 11/1/20 arrest video | |
| A-37 | | reserved | |
| A-38 | | reserved | |
| A-39 | | reserved | |
| A-40 | | Petition for Order of Protection 7/2/19 by M.H. | 0101 |
| A-41 | | Declaration of M.H. C.G. phone Pixel 5 12/10/20 Ex. 22 | 1631 |
| A-42 | | Text to MH from KK SG arrested | 205-01215 KC Dt. Ct dec. M.H. p. 31 |
| A-43 | | emails M.H. to KK from MH 1/14, 1/16, 1/17, 1/19, 2/8 | 645,700,771, 1361, 1554 |
| A-44 | | 10/26/20 email forwarded from MN to MH from TB | |
| A-45 | | 7/13/20 Renewed Pet. For P.O. | 0059 |
| A-46 | | reserved | |
| A-47 | | reserved | |
| A-48 | | Declaration Allison Goodman 8/18/20 | 0358 |
| A-49 | | Declaration Allison Goodman 9/11/20 | 0350 |
| A-50 | | SPD Oliverson report 10/31/20 | 4903 |
| A-51 | | SPD Oliverson 10/13/20 | 4874 |
| A-52 | | 3/9/21 email Gandhi (harassment has no end) | PRA 3/8/22 p. 2005 |
| A-53 | | 3/1/21 email(ready to be cyber-bullied again) | PRA 3/8/22 p. 1859 |
| A-54 | | 2/16/21 email from Grinch (death of your son) | PRA 3/8/22 p. 325 |
| A-55 | | 2/20/21 email from Vinod Garg (my son is a criminal) | PRA 3/8/22 p. 1024 |
| A-56 | | 3/1/21 email Vinod Garg (my son wants to kill you) | PRA 3/8/22 p. 1848 |
| A-57 | | Google Subs. Info. Narendramodi | 6934 |
| A-58 | | Google Subs. Info. Pabloescobar | 6981 |

-3-

**Defendant's Exhibit List**  
**(United States v. Sumit Garg CR21-00045-JCC)**

Peter A. Camiel  
Camiel & Chaney P.S.  
2815 Elliott Avenue, Suite 100  
Seattle, Washington 98121  
Tel. 206.636-1725  
e-mail: petercamiel@yahoo.com

| | | | | |
|---|---|---|---|---|
| A-59 | | Google Subs. Info patrikoishijudge | | 7013 |
| A-60 | | 8/27/19 email NW to MZ | | 4256 |
| A-61 | | 3.1.21 no one can save you | | PRA 3/8/22 p. 1853 |
| A-62 | | 1/17/21 email C.G. to K.K. | | 801 |
| A-63 | | 1/16/21 email C.G. to K.K. | | 809 |
| A-64 | | reserved | | |
| A-65 | | reserved | | |
| A-66 | | 2/28-3/1/21 racist emails | | 2600-2614 |
| A-67 | | 3/1/21 are you sure you want to let him out. | | PRA 3/8/22 p. 1836 |
| A-68 | | Secret Service Report | | 11493 |
| A-69 | | Secret Service Report | | 11507 |
| A-70 | | Sumitgargied98@gmail.com subscriber info. | | 7059 |
| A-71 | | Sumitgarg90@gmail.com subscriber info. | | 3005 |
| A-72 | | sumitgargied@gmail.com subscriber info. | | 2886 |
| A-70 | | 2/5/21 email re prosecutors getting disciplined | | 1478 |
| A-71 | | Secret Service Report re MH int. | | 14851 |
| A-72 | | 2/17/21 email cheating is the worst from Grinch | | 1690 |
| A-73 | | 2/16/21 email Confession from Grinch | | 5698 |
| A-74 | | 1/31/21 Indian men cheat from LosPepes | | 1284 |
| A-75 | | 2/13/21 Garg serial cheater from Pabloescobar | | 5599 |
| A-76 | | 7/13/20 Petition for PO | | 0059 |
| A-70 | | Sumitgargied98@gmail.com subscriber info. | | 7059 |
| A-71 | | Sumitgarg90@gmail.com subscriber info. | | 3005 |
| A-72 | | sumitgargied@gmail.com subscriber info. | | 2886 |

**Defendant's Exhibit List**  
**(United States v. Sumit Garg CR21-00045-JCC)**

Peter A. Camiel  
Camiel & Chaney P.S.  
2815 Elliott Avenue, Suite 100  
Seattle, Washington 98121  
Tel. 206.636.1725  
e-mail: petercamiel@yahoo.com

| A-77 | | 12/10/20 email sgied93 to MZ | | 1779 |
|---|---|---|---|---|
| A-78 | | 10/26/20 email TB to MH | | 2339 |
| A-79 | | reserved | | |
| A-80 | | 2/5/21 email (why don't prosecutors get disciplined) | | 1478 |
| A-81 | | 2/17/21 email from Grinch (cheating is the worst) | | 1690 |
| A-82 | | 2/16/21 email from Grinch (confession) | | 5698 |
| A-83 | | Jail recording | | 12887 |
| A-84 | | Jail recording | | 12861 |
| A-85 | | 11/1/20 body cam video | | |
| A-90 | | Amazon xlsx mastertimeline | | 7244 |

DATED this 5th day of October, 2022.

/s/*Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant

**Defendant's Exhibit List**
**(United States v. Sumit Garg CR21-00045-JCC)**

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
Tel. 206.636.1725
e-mail: petercamiel@yahoo.com