THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
| Plaintiff, | ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to compel (Dkt. No. 177). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby DENIES the motion for the reasons explained herein.

Defendant asks the Court to order the Government to "organize and identify the voluminous documents, audio, video, and other evidence disclosed to defense." (Dkt. No. 177 at 1.) The Government disputes Defendant's assertions that the information Defendant seeks is exculpatory or that discovery is so voluminous such that the Government should be required to segregate the information Defendant requests. (Dkt. No. 188 at 2.)

Nonetheless, in its reply the Government asserts it is willing to provide most of the information Defendant requests.[1] (*Id.* at 6–8.) Because the Government has agreed to organize

---

[1] To the extent the Government does not provide the exact information Defendant requests, it identifies where Defendant can find the information. (*See, e.g.*, Dkt. No. 188 at 7.)

and/or identify all of the information in Defendant's request, Defendant's requests are moot.

Accordingly, Defendant's motion to compel (Dkt. No. 177) is DENIED as moot.

DATED this 23rd day of November 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE