THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SUMIT GARG,<br><br>　　　　　　Defendant. | CASE NO. CR21-0045-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motions to subpoena various individuals and compel discovery (Dkt. Nos. 232, 233, 234, 236, 237, 238, 239, 240). In a previous order, the Court denied Defendant's request to extend the pretrial deadline and stated that prior to filing any additional pretrial motions, Defendant must first file a motion explaining the basis for the motion and explain why good cause exists to file it. (Dkt. No. 207 at 3.) Defendant has not done so here. Accordingly, Defendant's various motions (Dkt. Nos. 232, 233, 234, 236, 237, 238, 239, 240) are DENIED.

DATED this 3rd day of January 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE