The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SUMIT GARG,<br><br>　　　　　　Defendant. | NO. CR21-0045 JCC<br><br>UNITED STATES' RESPONSE TO DEFENDANT'S MOTION CHALLENGING CONDITIONS OF CONFINEMENT IN VIOLATION OF DUE PROCESS<br><br>(Docket No. 257) |

　　　Comes now the United States of America, by Nicholas W. Brown, United States Attorney for the Western District of Washington, Andrew C. Friedman, Assistant United States Attorney for said District, and Anthony Teelucksingh, Senior Trial Attorney, Computer Crime & Intellectual Property Section, and files this Government's Response to Defendants' Motion Challenging Conditions of Confinement in Violation of Due Process.

　　　Defendant, Sumit Garg, has filed a motion challenging his access to legal resources at the Federal Detention Center - SeaTac.  Pursuant to a prior Order of this Court, *see* Order (Docket No. 207), Garg is required to show, and the Court to find, good cause for the filing of this motion before the government is required to answer the motion.  Having reviewed Garg's motion, the government does not object to the Court

UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
CHALLENGING CONDITIONS OF CONFINEMENT IN DUE
PROCESS - 1
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

finding good cause for the motion, and therefore does not object to the Court ordering the government to file a response on the merits of the motion.

The government already has inquired of the Bureau of Prisons concerning the issues raised in Garg's motion, has received responses to some of its inquiries, and expects to receive responses to the remaining inquiries shortly. As a result, assuming the Court finds good cause for the timing of Garg's filing, and orders the government to respond, the government can do so within a week of such order.

DATED: January 19, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 */s/ Andrew C. Friedman*
_____
ANDREW C. FRIEDMAN
Assistant United States Attorney

 */s/ Anthony Teelucksingh*
_____
ANTHONY TEELUCKSINGH
Senior Trial Attorney
Computer Crime and Intellectual
    Property Section
United States Department of Justice

UNITED STATES' RESPONSE TO DEFENDANT'S MOTION CHALLENGING CONDITIONS OF CONFINEMENT IN DUE PROCESS - 2
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I also mailed by United States Postal Service first class mail, the foregoing to the following non-CM/ECF participant:

    Sumit Garg, Register No. 33491-509
    FDC SeaTac
    Federal Detention Center
    P.O. Box 13900
    Seattle, Washington  98198

    */s/ Andrew C. Friedman*
    ANDREW C. FRIEDMAN

    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Telephone:   (206) 553-7970
    Fax:              (206) 553-0882
    E-mail:          Andrew.Friedman@usdoj.gov

UNITED STATES' RESPONSE TO DEFENDANT'S MOTION CHALLENGING CONDITIONS OF CONFINEMENT IN DUE PROCESS - 3
*United States v. Sumit Garg,* CR21-045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970