THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>  v.<br><br>SUMIT GARG,<br><br>     Defendant. | CASE NO. CR21-0045-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's response to Defendant's motion for pretrial disclosure of co-conspirator statements (Dkt. No. 262). The Court ORDERS the Government to respond to Defendant's motion (Dkt. No. 248) by February 10, 2023. Defendant's reply is due by February 17, 2023. The Clerk is INSTRUCTED to renote Defendant's motion (Dkt. No. 248) to February 17, 2023.

DATED this 27th day of January 2023.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk