THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SUMIT GARG,<br><br>　　　　　　Defendant. | CASE NO. CR21-0045-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to file an overlength brief (Dkt. No. 254). Finding good cause, the Court GRANTS Defendant's motion. The Government's page limit, and Defendant's page limit for a reply will remain unchanged.

DATED this 27th day of January 2023.

　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　s/Serge Bodnarchuk
　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR21-0045-JCC
PAGE - 1