THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>SUMIT GARG,<br><br>                Defendant. | CASE NO. CR21-0045-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion seeking funds for supplies (Dkt. No. 246). First, Defendant asks for funds for various additional supplies to prepare his defense. (*Id.*) Defendant requests five fluorescent highlighters, sixty (60) stamps, five white outs, ten (10) typewriter ribbons, thirty (30) manila envelopes, fifty (50) post-it notes, and one stapler with five sets of pins. However, Defendant currently has the funds to purchase these supplies on his own. (Dkt. No. 258 at 2.) Therefore, the Court DENIES Defendant's request for funds. If Defendant still requires these supplies he may request them, but BOP is permitted to deduct the cost of those items, not to exceed $100, from Defendant's account.[1]

Defendant also asks that he be permitted to use these items in the visitation room. (Dkt. No. 246 at 7.) The Government's only objection is to Defendant's use of highlighters in the

---

[1] Defendant asks that the funds not be taken all at once. The Court will defer to BOP to determine if a deferred payment plan is appropriate and/or possible.

ORDER
CR21-0045-JCC
PAGE - 1

visitation room. (Dkt. No. 258 at 2.) Given the expressed safety concerns, the Government's approach is reasonable. The Bureau of Prisons ("BOP") should provide Defendant access to all items other than highlighters at the visitation room.

Next, Defendant asks for reimbursement for past printing and for a monthly budget for additional printing. For the reasons stated above, the Court DENIES Defendant's request for reimbursement of $32 for past printing expenses. If Defendant wishes to print additional documents, he may use his own funds to do so.

DATED this 30th day of January 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE