THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's omnibus motion (Dkt. No. 295). The Government replied, explaining why Defendant's requests should be denied as moot. (Dkt. No. 318.) The Court adopts the Government's explanations and FINDS Defendant's omnibus motion (Dkt. No. 295) moot.

DATED this 23rd day of February 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk

MINUTE ORDER
CR21-0045-JCC
PAGE - 1