THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SUMIT GARG,<br><br>                Defendant. | CASE NO. CR21-0045-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for a copy of the Court docket (Dkt. No. 324). Finding good cause, the Court INSTRUCTS the Clerk to send a copy of the docket for this matter to Defendant.

DATED this 23rd day of February 2023.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Samantha Spraker<br>
Deputy Clerk