THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUMIT GARG,<br><br>    Defendant. | CASE NO. CR21-0045-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion for pretrial disclosure of coconspirator statements and to compel various evidence (Dkt. No. 248).

First, Defendant asks the Court to set a deadline for pretrial disclosure of coconspirator statements. (Dkt. No. 248 at 7–9.) Defendant argues the Government should be required to file notice of any coconspirator statements it intends to introduce at trial well in advance of trial, so that the Court may determine whether such statements are admissible. (Dkt. No. 248 at 9.) However, the Government asserts many of the statements it intends to introduce are statements of a party opponent, admissible under Federal Rule of Evidence 801(d)(2)(A). (Dkt. No. 315 at 4.) Moreover, to the extent Defendant is concerned about the admissibility of coconspirator statements, he may make such challenges during trial should such issues arise. Defendant's request for a deadline for pretrial disclosure of conspirator statements is DENIED.

Second, Defendant makes a number of discovery requests. (Dkt. No. 248 at 10–16.) The

1   Government responded, explaining why each of Defendant's requests are either moot or
2   improper. (Dkt. No. 315 at 5–9.) For the reasons set forth in the Government's reply,
3   Defendant's requests for discovery are DENIED.
4       For the foregoing reasons, Defendant's motion (Dkt. No. 248) is DENIED.
5       DATED this 13th day of March 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE