THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SUMIT GARG,<br><br>　　　　　　　Defendant. | CASE NO. CR21-0045-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion challenging the conditions of confinement (Dkt. No. 257).

First, Defendant argues he has been denied his constitutional right of access to the courts. (*Id.* at 5.) He argues he is being improperly punished as a pretrial detainee because he was unable to attend a civil hearing in a separate matter where he was represented by counsel. (*Id* at 5–6.) Inmates do have a constitutional right of meaningful access to courts. *See, e.g.*, *United States v. Janis*, 820 F. Supp. 512, 514 (S.D. Cal. 1992). But this does not mean the Government is required to allow inmates to appear at civil hearings. Defendant cites no cases supporting such a right. Nor does he demonstrate prejudice from any such deprivation. Accordingly, the Court DENIES Defendant's requests to direct the Government to write a letter to the state court or to

ORDER
CR21-0045-JCC
PAGE - 1

provide compensation for a lawyer to relitigate the civil matter.[1]

Second, Defendant argues the law library at the Federal Detention Center (FDC) is inadequate. (Dkt. No. 257 at 7–9.) The FDC only need provide a library that meets minimum constitutional standards. *Lindquist v. Idaho State Bd. of Corrections*, 776 F.2d 851, 856 (9th Cir. 1985). Based on the Government's representations, (*see* Dkt. No. 321 at 3 –5), the Court concludes the FDC law library is sufficient to provide inmates meaningful access to the courts. The Court DENIES Defendant's requests to order the Government to update the FDC library.

Finally, Defendant asks the Court to order BOP to develop protocols to allow confidential phone calls with any lawyer representing Defendant in a separate civil matter. (Dkt. No. 257 at 11.) But the Government notes FDC already has such a policy in place. As such, the Court DENIES Defendant's request as moot.

DATED this 5th day of April 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] Defendant also asks the Court to order the Government to facilitate his appearance at any future civil proceedings. (Dkt. No. 257 at 11.) The Government states it will make an exception to FDC policy to allow such appearances making this request MOOT.

ORDER
CR21-0045-JCC
PAGE - 2