THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SUMIT GARG,<br><br>　　　　　　　　Defendant. | CASE NO. CR21-0045-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to compel witness contact information (Dkt. No. 334) and accompanying motion explaining good cause (Dkt. No. 335). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby DENIES the motion (Dkt. No. 334) for the reasons explained herein.

Defendant asks the Court to compel the Government to produce the contact information of the alleged victims in this case. (Dkt. No. 334 at 1.) However, Defendant must first show good cause why his motion could not have been filed prior to the pretrial motions deadline. (Dkt. No. 207.) He fails to do so. As Defendant notes, previous defense counsel reported to him that he was unable to locate three of the alleged victims. (Dkt. No. 335 at 1.) At that time, defense counsel could have filed a motion similar to the one currently before the Court, but declined to do so. And the motions deadline has subsequently passed. So the Court DENIES Defendant's motion

1  (Dkt. No. 335) as untimely.[1]

2  For the foregoing reasons, Defendant's motions (Dkt. Nos. 334, 335) are DENIED.

3  DATED this 10th day of April 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] Even if the motion was timely, it fails on the merits. The Government is not required to provide a witness list to Defendant at this time. *See* CrR 16(a)(2)(E), 23.3. And unlike the cases Defendant cites, the Government does not appear to have tried to hide any witnesses or to have withheld exculpatory evidence. (*See generally* Dkt. No. 334.) So even if there were good cause, Defendant's motion fails on the merits.

ORDER
CR21-0045-JCC
PAGE - 2