THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUMIT GARG,<br><br>Defendant. | CASE NO. CR21-0045-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to compel (Dkt. No. 361) and accompanying motion explaining good cause (Dkt. No. 362). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby DENIES the motion for the reasons explained herein.

Defendant asks the Court to compel the Government to provide the search protocol and word searches used to search various devices seized from Defendant on August 12, 2021. (Dkt. No. 361 at 4–6.) Defendant argues he has standing to litigate Fourth Amendment claims related to devices seized on August 12, 2021, because material from those devices was not available to Defendant prior to the pretrial motions deadline. (*Id.* at 1–2.) But at the time of the pretrial motions deadline, Defendant did have access to the extraction reports from other previously seized devices, including the manner in which agents executed searches on those devices. (Dkt. No. 389 at 4.) And in his motion to suppress, Defendant challenged the August 12 search on

1   other grounds, but did not challenge the search protocols relevant to Defendant's current request.

2   (*See* Dkt. No. 178.) Defendant's current request appears to reiterate his previous request for

3   search terms, (*id.* at 19), which the Court denied (Dkt. No. 252 at 4). For the reasons previously

4   stated, (*see id.*), the Court DENIES Defendant's motion to compel (Dkt. No. 361) as untimely.

5       DATED this 21st day of April 2023.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE