THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>SUMIT GARG,<br><br>                Defendant. | CASE NO. CR21-0045-JCC<br><br>MINUTE ORDER |

       The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

       This matter comes before the Court on Defendant's *ex parte* motion for relief (Dkt. No. 366-1) and motion to seal (Dkt. No. 367). Defendant makes a number of allegations against various officers at the Federal Detention Center. (*See id.*) However, the Court cannot adequately determine the veracity of these claims without a response from the Government. Accordingly, the Clerk is directed to UNSEAL Docket Number 366. The Government is ORDERED to respond to Defendant's motion by April 28, 2023. If Defendant wishes to file a reply, he must do so by May 5, 2023. The motion (Dkt. No. 366) is RENOTED for May 5. The motion to seal (Dkt. No. 367) is DENIED.

//

//

MINUTE ORDER, CR20-0168-JCC
PAGE - 1

Additionally, Defendant is advised that motions should only be filed *ex parte* if they contain privileged information, such as those that would reveal to the Government his defense strategy.

DATED this 21st day of April 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk
