THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>SUMIT GARG,<br><br>              Defendant. | CASE NO. CR21-0045-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. In a recent filing, Defendant attached an exhibit containing internal court communications that were inadvertently provided to him. (Dkt. No. 558-1.) Although the public has a common law right to inspect and copy public records, including legal filings submitted to the Court, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). These criteria are met here, given the sensitive nature of the court's internal communications. Accordingly, the Clerk is DIRECTED to seal Docket Number 558-1.

//

//

//

ORDER
CR21-0045-JCC
PAGE - 1

DATED this 6th day of June 2023.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE