THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This Court previously issued an order limiting Defendant to one motion per week. (Dkt. No. 373.) The Court determined this restriction was necessary, given the prolific nature of Defendant's filing and the Court's limited resources. (*Id.*) Defendant appears to be attempting to work around this restriction by renaming his filings as "oppositions," "requests," or "objections" and stating they are "non-motions." (*See, e.g.*, Dkt. Nos. 517, 518, 524, 532, 538, 546, 548, 549, 555, 556, 562, 565.) If Defendant wishes the Court to consider a request, he should file such as a motion for the Court's consideration. To the extent Defendant has made requests of the Court in these filings, the Court will not consider them at this time.

//

//

MINUTE ORDER
[Case #]
PAGE - 1

DATED this 6th day of June 2023.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Samantha Spraker</u>
Deputy Clerk
