THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for an extension of time (Dkt. No. 575.) Defendant recently filed a 36-page motion to exclude testimony and compel discovery. (Dkt. No. 569.) Given the length of Defendant's motion, the Government requests an additional week to respond. Finding good cause, the Court EXTENDS the Government's deadline to respond until June 13, 2023. Defendant's deadline to file a reply is extended to June 16, 2023.

DATED this 6th day of June 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk

MINUTE ORDER
CR21-0045-JCC
PAGE - 1