THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
| Plaintiff, | ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

This matter comes before the Court *sua sponte.* Based on Form CJA 23 previously submitted by Defendant (Dkt. No. 6), the Court found Defendant indigent, and appointed counsel on Defendant's behalf. (*See, e.g.*, Dkt. Nos. 7, 72, 166.) It also approved Criminal Justice Act funds, once Defendant elected to proceed *pro se*. (*See, e.g.*, Dkt. Nos. 182, 186, 192.) Consistent with the Court's prior rulings, it further ORDERS that Defendant, and those assisting in his defense, shall be exempt from charges incurred though PACER (Public Access to Court Electronic Records).

DATED this 1st day of August 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR21-0045-JCC
PAGE - 1