THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>SUMIT GARG,<br><br>              Defendant. | CASE NO. CR21-0045-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to continue his trial date. (Dkt. No. 726.) Defendant is charged with conspiracy, in violation of 18 U.S.C. § 371, and with seven counts of stalking, in violation of 18 U.S.C. § 2261A. (Dkt. No. 1.) Defendant is proceeding *pro se* (Dkt. No. 174) and trial is currently set for October 2, 2023. (Dkt. No. 522.) The Court previously granted Defendant's request to remove standby counsel. (Dkt. Nos. 507, 523.) And, despite diligent efforts to date, the CJA panel has been unable to secure replacement standby counsel. More time is needed for the CJA panel to secure standby counsel. Similarly, additional time is required for Defendant to confer with his expert witness and other defense witnesses in preparation for trial. (*See generally* Dkt. No. 726.)

Accordingly, the Court FINDS that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure sufficient time for Defendant to be assigned standby counsel and to effectively prepare for trial, that the additional time

1   ordered is a reasonable period of delay, and that these factors outweigh the best interests of the
2   public and the Defendant to a speedy trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).
3        For the foregoing reasons, the Court ORDERS that the trial date be CONTINUED to
4   January 16, 2023, and that the time between the filing of the Court's order to continue and the
5   new trial date is excludable time under the Speedy Trial Act, as provided in 18 U.S.C.
6   § 3161(h)(7)(A).

8        DATED this 20th day of September 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE