THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SUMIT GARG,<br><br>　　　　　　　Defendant. | CASE NO. CR21-0045-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion to continue trial. (Dkt. No. 743.) For the reasons described below, the motion is GRANTED.

Defendant is charged with one count of conspiracy, in violation of 18 U.S.C. § 371, and with seven counts of stalking, in violation of 18 U.S.C. § 2261A. (Dkt. No. 117.) Defendant is proceeding *pro se* (Dkt. No. 174) and trial is set for January 16, 2024. (Dkt. No. 522.) The Court previously granted Defendant's request to continue trial, (*see* Dkt. No. 732), to allow more time for the CJA panel to secure standby counsel and for Defendant to prepare for trial. (*See generally* Dkt. No. 726.) The Government now petitions the Court to continue trial to a date no later than February 26, 2024. (*See* Dkt. No. 743.)

The CJA panel is still diligently searching for standby counsel. In addition, Defendant has not lodged a timely objection to the Government's motion, which the Court interprets as Defendant's acquiescence, namely, that he requires more time to prepare for trial. *See* LCrR

1  12(b)(4). Accordingly, the Court FINDS that the ends of justice will be served by ordering a
2  continuance in this case, that a continuance is necessary to ensure sufficient time for Defendant
3  to be assigned standby counsel and to effectively prepare for trial, that the additional time
4  ordered is a reasonable period of delay, and that these factors outweigh the best interests of the
5  public and the Defendant to a speedy trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).
6          For the foregoing reasons, the Court ORDERS that the trial date be CONTINUED to
7  March 4, 2024, and that the time between the filing of this Order and the new trial date is
8  excludable time under the Speedy Trial Act, as provided in 18 U.S.C. § 3161(h)(7)(A).

10         DATED this 10th day of October 2023.

         John C. Coughenour
         UNITED STATES DISTRICT JUDGE