THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SUMIT GARG,<br><br>        Defendant. | CASE NO. CR21-0045-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant filed an *ex parte* motion (Dkt. No. 607) that is now the subject of a renewal motion (Dkt. No. 757). Because the underlying motion (Dkt. No. 607) was filed *ex parte*, the Government was not served with a copy of the filing, thereby preventing response briefing. Defendant fails to provide the Court with a basis for why his motion should be filed under seal. *See* CrR 49.1(e). Accordingly, Defendant is INSTRUCTED, within three weeks of this Order, to show cause why Docket Number 607 should remain under seal. Failure to do so may result in the denial of Defendant's motion (Dkt. no. 607), along with his motion for renewal (Dkt. No. 757) without prejudice.

MINUTE ORDER
CR21-0045-JCC
PAGE - 1

1     DATED this 29th day of November 2023.

Ravi Subramanian

Clerk of Court

s/Samantha Spraker

Deputy Clerk
