THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
| Plaintiff, | ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion for sixty (60) stamps and two (2) typewriter ribbons. (Dkt. No. 770). Finding good cause, the Court GRANTS this request and DIRECTS BOP to provide two (2) typewriter ribbons and sixty (60) stamps to Defendant.

DATED this 3rd day of January 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE