THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUMIT GARG,<br><br>　　　　　Defendant. | CASE NO. CR21-0045<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to Local Rule CrR16(d)(2), the Court hereby enters the following expert disclosure deadlines:

(1) Defendant's expert witnesses must be disclosed by February 26, 2024; and

(2) Rebuttal expert witnesses must be disclosed by March 4, 2024.

DATED this 15th day of February 2024.

　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　s/Kathleen Albert
　　　　　　　　　　　　　　　　Deputy Clerk