THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SUMIT GARG,<br><br>　　　　　　　Defendant. | CASE NO. CR21-0045<br><br>ORDER |

This matter comes before the Court *sua sponte*. In anticipation of trial, the Court hereby INSTRUCTS the Bureau of Prisons ("BOP") to allow Defendant to bring his trial materials from the Federal Detention Center to Court. These trial materials include a laptop, several drives, folders, and miscellaneous papers.

Dated this 16th day of February 2024

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR21-0045-JCC
PAGE - 1