THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This Court previously limited Defendant to filing one motion per week.[1] (Dkt. No. 373.) It did so in light of Defendant's excessive and needless filings. (*Id*.) Given that trial is imminent, the Court hereby lifts the limiting order. Instead, the parties are instructed to comply with the Court's chambers procedures on its website for pretrial motions, which states that "[a]ny motions *in limine* must be presented in a joint brief . . . ."[2] However, the Court waives its requirement that such a filing be made at least 10 days prior to trial. Instead, the parties are to file their joint submission no later than March 6, 2024.

---

[1] The Court's limiting Order stipulated that the Defendant could file one (1) motion per week, not to exceed fifteen (15) pages. (Dkt. No. 373.)
[2] *See* https://www.wawd.uscourts.gov/judges/coughenour-procedures.

MINUTE ORDER, CR21-0045-JCC
PAGE - 1

DATED this 29th day of February 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk