THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SUMIT GARG,<br><br>        Defendant. | CASE NO. CR21-0045-JCC<br><br>ORDER |

      This matter comes before the Court on Defendant's motion for trial subpoenas (Dkt. No. 846). For the reasons described on the record during a March 15, 2024 hearing, the Court GRANTS the motion in part and DENIES the motion in part. The Clerk is DIRECTED to issue a trial subpoena for the testimony of Hannah Kleinman to appear in this matter at the United States Courthouse at 700 Stewart Street, Seattle, WA, courtroom number 16B at 9:00 a.m. on March 19, 2024. The Court hereby ORDERS the United States Marshals Service to serve this subpoena on Ms. Kleinman.

      It is so ORDERED this 15th of March 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR21-0045-JCC
PAGE - 1