THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SUMIT GARG,<br><br>                Defendant. | CASE NO. CR21-0045-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for an extension of time to file post-conviction motions (Dkt. No. 914). Finding good cause, the Court EXTENDS the deadline for Defendant to file his post-conviction filings to May 1, 2024.

DATED this 19th day of April 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER, CR21-0045-JCC
PAGE - 1