The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-0045-JCC |
| Plaintiff, | ORDER TO SEAL DOCUMENTS |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

This matter comes before the Court on the Government's motion to seal certain admitted trial exhibits. (Dkt. No. 904.) While the public has a common law right to inspect and copy public records, including those from judicial proceedings, such rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017).

Here, the exhibits at issue contain unredacted personal identifying information. (*See* Dkt. No. 904 at 2.) The Court finds a compelling interest in excluding this information from public view, which would be substantially harmed by its disclosure, and there is no less restrictive means to protect that interest. Accordingly, the Government's

Order to Seal – 1
*United States v. Sumit Garg*, CR21-0045 JCC

| | |
|---|---|
| 1 | motion to seal (Dkt. No. 904) is GRANTED and the Clerk is DIRECTED to maintain |
| 2 | under seal the unredacted copies of Government Trial Exhibits 911, 912 and Defense |
| 3 | Exhibits D-11, D-16, D-17, D-38, D-39, D-40, D-42, D-54, D-55, D-56, D-57, D-100, D- |
| 4 | 107, D-116, D-181 (Dkt. No. 905 (including exhibits). |
| 5 | It is so ORDERED. |
| 6 | |
| 7 | DATED this 25th day of April 2024. |

JOHN C. COUGHENOUR
United States District Judge