THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' motions to extend the briefing schedule for Defendant's motion for a new trial (Dkt. Nos. 927, 931, 940). Defendant's motion for a new trial (Dkt. No. 916) is lengthy and raises 25 arguments for a new trial and four arguments seeking a judgment of acquittal. Accordingly, the Government sought leave to file its response by May 31, 2024, (*see* Dkt. No. 931), while Defendant seeks leave to file his reply by June 21, 2024 (*see* Dkt. No. 940). Finding good cause, both requests are GRANTED.

DATED this 6th day of June 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk