THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>SUMIT GARG,<br><br>                Defendant. | CASE NO. CR21-0045-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for an extension of time (Dkt. No. 944) to submit his reply in support of his motion for a new trial (Dkt. No. 916) and motion for return of property (Dkt. No. 935). Finding good cause, Defendant's motion is GRANTED in part. Defendant may file his reply in support of his motion for a new trial no later than **July 5, 2024.** Defendant may further file his reply in support of his motion for return of property no later than **July 12, 2024**.

DATED this 27th day of June 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
CR21-0045-JCC
PAGE - 1