THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>SUMIT GARG,<br><br>                    Defendant. | CASE NO. CR21-0045-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion to limit Defendant's time in the visiting room to two weekdays per week (Dkt. No. 942). Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS in part and DENIES in part the motion for the reasons explained herein.

On March 22, 2024, Defendant was convicted of seven counts of cyberstalking. (*See* Dkt. No. 889.) He is currently incarcerated at the Federal Detention in SeaTac ("FDC SeaTac"). Prior to trial, the Court ordered the Bureau of Prisons ("BOP") to provide Defendant with a laptop and the necessary software to access discovery, along with time and space to use the laptop. (Dkt. No. 192 at 2.) Based on this, BOP provided Defendant with daily access to one of six small visiting rooms at FDC SeaTac. This arrangement required significant institutional resources: correctional officers had to escort Defendant to and from the visiting room, remain present in the room, and deliver Defendant's lunch. It has also limited other lawyers' and prisoners' access to a

visiting room.

Now that trial has concluded, the Government, at FDC SeaTac's request, asks that this Court limit Defendant's visiting room time to two weekdays per week. (*See* Dkt. No. 942.) It argues this is appropriate for several reasons: (1) Defendant no longer needs to review discovery in this case and has already filed his motion for a new trial and/or judgment of acquittal; (2) to the extent Defendant needs to conduct legal research, such research can only take place at the electronic law library; and (3) limiting Defendant's access to two weekdays per week will increase visiting room availability and greatly assist staff at FDC SeaTac. (*Id.* at 3–4.)

Finding good cause, the motion is GRANTED in part. FDC SeaTac may limit Defendant's time in the visiting room to two weekdays per week until 2:00pm each day, but only **after July 9, 2024**—Defendant's current sentencing date.


DATED this 5th day of July 2024.


John C. Coughenour
UNITED STATES DISTRICT JUDGE