THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to reconsider an order (Dkt. No. 963) denying a motion to compel a polygraph (Dkt. No. 967). Having thoroughly considered the briefing and the relevant record, the Court hereby DENIES the motion for the reasons explained herein.

As an initial matter, this Court previously denied reconsideration of Defendant's motion to compel a polygraph. (*See* Dkt. No. 963.) Defendant now moves for a second reconsideration. Under the Local Criminal Rules, "[m]otions for reconsideration are disfavored." CrR 12(b)(13)(A). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

Defendant has not met this standard. As before, he provides no authority empowering this Court to compel a government polygraph at his request.

1      For those reasons, Defendant's motion (Dkt. No. 967) is DENIED.

2      DATED this 24th day of July 2024.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE