THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SUMIT GARG,

Defendant.

CASE NO. CR21-0045-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion (Dkt. No. 969) for an extension of time to file a notice of appeal. Finding good cause, the motion is GRANTED. The Court EXTENDS the deadline to file a notice of appeal to August 22, 2024.

DATED this 30th day of July 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk