THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>SUMIT GARG,<br><br>                Defendant. | CASE NO. CR21-0045-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to reduce restitution (Dkt. No. 970). The motion is DENIED without prejudice. The Court set the matter over for later determination, (*see* Dkt. Nos. 964 (entry of proceeding), 973 at 7 (indication in the Criminal Judgment that the amount is "TBD")), which has not yet occurred. Defendant's request is premature.

DATED this 31st day of July 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR21-0045-JCC
PAGE - 1