THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUMIT GARG,<br><br>Defendant. | CASE NO. CR21-0045-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Presently before the Court are various motions from Defendant (Dkt. Nos. 979, 981) regarding access to materials and resources allegedly required in support of a direct appeal of his current sentence. To assist the Court in ruling on these motions, the Court invites additional briefing on the contours of Defendant's rights to effective self-representation in light of the Government's penological interests here, now that Defendant has been adjudicated guilty of the crimes for which he was charged. *See, e.g., Martinez v. Ct. of Appeals of California, Fourth App. Dist.*, 528 U.S. 152, 163 (2000) (noting the lack of a right to self-representation on appeal); *Evitts v. Lucey*, 469 U.S. 387, 396 (1985) (discussing a due process right to the effective assistance of counsel on appeal). Accordingly, the parties are DIRECTED to file supplemental briefs limited to eight (6) pages of argument addressing solely this issue. The Government's

Brief is due August 28, 2024. Defendant's brief is due September 11, 2024. The Clerk is DIRECTED to renote Docket Numbers 979 and 981 to September 11, 2024, and mail a copy of this order to Defendant.

DATED this 12th day of August 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
