THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SUMIT GARG,<br><br>                Defendant. | CASE NO. C21-0045-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's stipulated motion to continue the restitution hearing (Dkt. No. 998). Finding good cause, the motion is GRANTED. The parties shall confer and propose a new date for the restitution hearing as well as a deadline for restitution-related briefing.

DATED this 24th day of September 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C21-0045-JCC
PAGE - 1