THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>SUMIT GARG,<br><br>            Defendant. | CASE NO. C21-0045-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on attorney Davina T. Chen's motion to appear for the limited purpose of representing Defendant in his appeal at the Ninth Circuit, Case No. 24-5019 (Dkt. No. 995). Finding good cause, the motion is GRANTED.

DATED this 26th day of September 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER
C21-0045-JCC
PAGE - 1