THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

CASE NO. C21-0045-JCC

10

Plaintiff,

MINUTE ORDER

11

v.

12

SUMIT GARG,

13

Defendant.

14

15    The following Minute Order is made by direction of the Court, the Honorable John C.

16   Coughenour, United States District Judge:

17    This matter comes before the Court on the parties' stipulated motion to prepare and

18   release to Defendant's counsel certain hearing transcripts (Dkt. No. 1002). Finding good cause,

19   the motion is GRANTED. The court reporter is ORDERED to prepare and release to

20   Defendant's counsel only transcripts of the following hearings:

    7/27/2021    ECF 60

21
    9/2/2021    ECF 70

22
    10/13/2022    ECF 159

23
    11/7/2022    ECF 173

24
    4/24/2023    ECF 507

25

26

MINUTE ORDER
C21-0045-JCC
PAGE - 1

1        DATED this 26th day of September 2024.

2                                                           Ravi Subramanian
                                                            Clerk of Court
3

4                                                           s/Kathleen Albert
                                                            Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C21-0045-JCC
PAGE - 2