THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C21-0045-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to prepare and release to Defendant's counsel certain sealed documents (Dkt. No. 1004). Finding good cause, the motion is GRANTED. The clerk is DIRECTED to send Defendant's counsel copies of the documents listed in the 4-page table attached to stipulated motion (Dkt. No. 1004 at 2-5).

DATED this 30th day of September 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C21-0045-JCC
PAGE - 1