THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

     Plaintiff,

 v.

SUMIT GARG,

     Defendant.

CASE NO. C21-0045-JCC

MINUTE ORDER

   The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

   This matter comes before the Court *sua sponte*. On July 9, 2024, in a sentencing hearing before the Court, the parties agreed to a later restitution hearing before a Magistrate Judge. (Dkt. No. 964.)  That hearing was subsequently set for September 27, 2024, (Dkt. No. 993), but was continued. (Dkt. No. 1000.) To date, the Government has filed a memorandum regarding restitution (Dkt. No. 997) and Defendant has filed a response (Dkt. No. 1028). Defendant now waives any right to a hearing and the parties submit that the Court may decide restitution on the briefing. (*See id.* at 2.)

   In light of this agreement, the Court will decide restitution on the briefing. The Government shall submit a reply brief regarding restitution by November 6, 2024. The Clerk shall also STRIKE Defendant's Motion for Extension of Time to Reply to Restitution Related

1   Filing (Dkt. No. 999) as moot.

2        DATED this 24th day of October 2024.

3                                       Ravi Subramanian

4                                       Clerk of Court

5                                       s/Kathleen Albert

6                                       Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26