THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C21-0045-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Defendant's motion for leave to file a sur-reply on restitution by December 14, 2024 (Dkt. No. 1032). The Court previously accepted the parties' stipulation to decide restitution on the briefing. (Dkt. No. 1029.) This was based, in part, on Defendant's submission that requested permission to file a sur-reply. (*See* Dkt. No. 1028 at 2.) The Government did not object. (*See* Dkt. No. 1030 at 1–2.)

Finding good cause, the Court GRANTS the motion to file a sur-reply (Dkt. No. 1032). Defendant shall file his sur-reply on restitution by December 14, 2024, at which time the Court will decide restitution on the briefing as previously indicated.

//

//

MINUTE ORDER
C21-0045-JCC
PAGE - 1

DATED this 21st day of November 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER
C21-0045-JCC
PAGE - 2