THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C21-0045-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Defendant's motion for an extension of time to file a sur-reply (Dkt. No. 1034), which Defendant still has not filed. The Court previously accepted the parties' stipulation to decide restitution on the briefing (Dkt. No. 1029) and granted Defendant permission to file a sur-reply (Dkt. No. 1033). Defendant now submits that he needs additional time due to eye issues. (Dkt. No. 1034 at 1–2.) In his motion, he also requests the Court order medical care for the same issue. (*Id.* at 2.) The Government does not oppose the request for an extension but does submit that this criminal case is not the proper forum for his medical complaints. (Dkt. No. 1035 at 5.) The Government is correct on the latter point, so the Court does not address Defendant's motion here beyond his request for an extension of time.

Finding good cause, the Court GRANTS the motion (Dkt. No. 1034), in part, to the

extent that it grants him an extension of time. Defendant shall file his sur-reply on restitution by January 21, 2025.

DATED this 2nd day of January 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk