The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-0045 JCC |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The Court, having reviewed the United States' Motion for an Extension of Time and for Limited Unsealing, hereby makes the following modifications to its prior Order (Docket No. 1049);

IT IS HEREBY ORDERED that the Search Team shall have an additional 21 days, until May 9, 2025, to return Defendant's computers and digital devices to the Bureau of Prisons (which then shall be responsible for returning those items that belong to Defendant to Defendant); and

IT IS FURTHER ORDERED that the government shall be permitted to provide a copy of United States' Second Motion Concerning Victim's Diary (Docket No. 1045), but not the exhibit to that motion, to Peter Camiel, Nicholas Vitek, Davina Chen, Melodi

[~~PROPOSED~~] ORDER - 1
*United States v. Sumit Garg*, CR21-0045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Powell, and to any other attorney or paralegal who has represented Garg, including in a standby capacity, since February 9, 2022, in this case.

DATED this 21st day of April, 2025.

JOHN C. COUGHENOUR
United States District Judge

Presented by:

*/s/ Andrew C. Friedman*

ANDREW C. FRIEDMAN
Assistant United States Attorney

[~~PROPOSED~~] ORDER - 2
*United States v. Sumit Garg*, CR21-0045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970