The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-0045 JCC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The Court, having reviewed the United States' Second Motion for an Extension of Time, hereby makes the following modification to its prior Orders (Docket Nos. 1049 & 1051);

IT IS HEREBY ORDERED that the Search Team shall have an additional 21 days, until May 30, 2025, to return the 16 TB Apricorn hard drive seized during the

//
//
//

[PROPOSED] ORDER - 1
*United States v. Sumit Garg*, CR21-0045 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

government's search to the Bureau of Prisons (which then shall be responsible for returning that item to Defendant).

DATED this __12th__ day of May, 2025.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

Presented by:

*/s/ Andrew C. Friedman*

ANDREW C. FRIEDMAN
Assistant United States Attorney

[PROPOSED] ORDER - 2
*United States v. Sumit Garg*, CR21-0045 JCC