Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-45-JCC-1 |
| Plaintiff, | |
| v. | [Proposed] Order to Replace Sealed Documents with Redacted Documents and Otherwise to Unseal Documents |
| SUMIT GARG, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the clerk of court shall:

A. Replace the sealed filings at ECF 129-1—4 and 129-6—15 with the redacted documents filed with this stipulation and unseal the entirety of ECF 129;

B. Replace the sealed filing at 178 with the redacted document filed with this stipulation and unseal ECF 178; and

C. Unseal ECF 259

DATED this __13th__ day of August, 2025.

*signature*

HON. JOHN C. COUGHENOUR
United States District Judge

---

*[Proposed]* Order to Replace Sealed Documents with Redacted Documents and Otherwise to Unseal Documents

*United States v. Sumit Garg*; 2:21-cr-45-JCC-1

**DAVINA T. CHEN**
Law Office of Davina T. Chen
1751 Colorado Blvd., No. 190
Los Angeles, CA 90041
(213) 446-8791
Davina@DavinaChen.com