THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0045-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SUMIT GARG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's response (Dkt. 1072) to the Court's order to show cause (Dkt. No. 1065). Having reviewed the Government's response, the Court DIRECTS the Clerk to TERMINATE Defendant's motion to compel (Dkt. No. 1057) as moot.

DATED this 18th day of September 2025.

Ravi Subramanian
Clerk of Court

s/Kadya Peter
Deputy Clerk

MINUTE ORDER
CR21-0045-JCC